Kent R. Robison, Esq. - NSB #1167
Jennifer L. Baker, Esq. - NSB #9559
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
Attorneys for Defendants

ELECTRONICALLY FILED 01/23/08

FILED
FEB - 6 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
                    DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

STACY ANDRADE, formerly known
as STACY SCHWALL,

    Plaintiff,

vs.

EDWARD C. KAUFER, an individual,
CRISIS COLLECTIONS MANAGEMENT,
LLC, ROBERT BROILI and DOES I-X,

    Defendants.

CASE NO.:   3:07-CV-00401-BES-VPC

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to FRAP 41(a)(2) Plaintiff Stacy Andrade, formerly known as Stacy Schwall, and Defendants Edward C. Kaufer, an individual, Crisis Collections Management, LLC and Robert Broili hereby stipulate to the dismissal with prejudice of the above-captioned matter, subject to the parties' full satisfaction of their respective obligations under the Settlement Agreement and Mutual Release entered into between them, with each party to bear their own costs and attorneys' fees.

The parties have reached a mutually acceptable resolution of all claims presented in this

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

case. Counsel for the parties entered into a Settlement Agreement and Mutual Release memorializing the terms of the parties' agreement. Pursuant to the terms of the Settlement Agreement and Mutual Release, Plaintiff has agreed to dismiss her claims in the above-captioned matter.

DATED this 23rd day of January, 2008.

By: _____
MICHAEL LEHNERS
429 Marsh Avenue
Reno, Nevada 89509
Attorney for the Plaintiff

DATED this 23rd day of January, 2008.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON
JENNIFER L. BAKER
Attorneys for the Defendants

## ORDER

IT IS SO ORDERED.

DATED: 2-6-08

_____
UNITED STATES DISTRICT JUDGE

2